Upon the appeal of Rika Fogelhut, judgment unanimously affirmed, with costs. Upon the appeal of Morris Fogelhut, judgment reversed upon the law and the facts, and complaint unanimously dismissed, without costs, on the ground that he acted as agent of the owner in executing the contract, and no individual liability was proven against him on the trial. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

LOUISA COLUCCI, an Infant, by MARY COLUCCI, Her Guardian ad Litem, Respondent, v. PIETRO A. CALABRESE, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Man- -ning and Kelby, JJ.

CHARLES CUTHBERT, Respondent, v. JOSEPH BEDELL and Another, Appel-lants.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

· DOROTHY DAAB, by FREDERICK F. P. DAAB, Her Guardian ad Litem, Respond-ent, v. FRANCIS McDERMOTT, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

THOMAS FITZPATRICK, Respondent, v. HENRY H. ROGERS, Appellant.— We are ·of opinion that by the ruling of the trial court in denying defendant's motion to ;amend the answer upon the trial, defendant was foreclosed of a substantial defense to the action, and this calls for a reversal of the judgment. (*Goldstein* v. *Schleifer,* 209 App. Div. 899.) The judgment and order are, therefore, reversed on the law, and a new trial granted, with costs to abide the event. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

DAVID GOLDSTEIN, Respondent, v. CLARA GOLDSTEIN, Appellant.— Order unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

MOSES GOLDSTEIN, Respondent, v. DAVISON LLOYD and Another, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

PEARL L. GUERIN, an Infant, etc., by Her Guardian ad Litem, GEORGE E. GUERIN, Respondent, v. THE CITY OF NEW YORK, Appellant, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. A careful examination of this case reveals no error, except one, which we deem worthy of comment. The plaintiff's mother was permitted to testify to a conversation which she said occurred after the accident, in which she claims she interrogated the street sweeper, and he admitted that he set the fire which caused plaintiff's injuries. The admission of this testimony at that time was error. (*Page* v. *Hirsch,* 207 App. Div. 733–735; *Hanrahan* v. *New York Edison Co.,* 238 N. Y. 194–198.) The plaintiff, however, had made out a case at that time which required submission of the questions of fact to the jury. The defendant as a part of its case was required to and did call the street sweeper as a witness, and he testified that he did not set the fire in question, and denied making the statement testified to by plaintiff's mother. Upon cross-examination the plaintiff would have been entitled to ask him as to any statements made by him which tended to contradict his testimony; and, if he denied making the statement to which plain-tiff's mother testified, plaintiff would have been entitled then to call her as a witness and have her testify that the sweeper made the statements to which she